UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA PEREZ MENDOZA,<br><br>Plaintiff,<br><br>v.<br><br>O'REILLY AUTO ENTERPRISES, LLC, a limited liability company; and DOES 1-100, inclusive,<br><br>Defendants. | No. 1:15-cv-01404-DAD-EPG<br><br>ACTION HAS BEEN DISMISSED WITH PREJUDICE; ORDER DIRECTING CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 9) |

On April 25, 2016, the parties filed a joint stipulation dismissing the action in its entirety with prejudice and with each party to bear its own costs and attorneys' fees. (Doc. No. 9.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of attorneys' fees and costs to either party. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **April 26, 2016**                                              _____
UNITED STATES DISTRICT JUDGE

1